

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
        In the Matter of
ARBITRATION OF DISPUTES

between                             Case No. 07 CIV 8805 (CM)

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND       AFFIDAVIT OF SERVICE
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,

        Petitioners,

and

PRINCETON LAUNDRY, INC.,

        Respondent.
-------------------------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 28th day of November, 2007, at approximately 2:40 PM, deponent served a true copy of the NOTICE OF PETITION; PETITION TO CONFIRM ARBITRATION AWARD; AND MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD upon PRINCETON LAUNDRY, INC. c/o Kevin V. Garlasco at 2 Wood Street, Paterson, NJ, by personally delivering and leaving the same with KEVIN V. GARLASCO, who informed deponent that he is a Treasurer authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

   KEVIN V. GARLASCO is a white male, approximately 48 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 175 pounds with thinning black hair and dark eyes.

_____
TIMOTHY M. BOTTI
#843358


Sworn to before me this
30th day of November, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com