UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

**Laundry, Dry Cleaning Workers and Allied Industries Health Fund, Unite Here!, et al.,**

                      Petitioner,

-against-                                    07 Civ. 8805 (CM)

**Princeton Laundry, Inc.**

                      Respondent.

---------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08

### ORDER CORRECTING DOCKET ENTRY

McMahon, J.:

On December 20, 2007, the Court "memo endorsed" the face of the petition in this case, directing the Clerk of the Court to "enter judgment confirming the award." This was obviously an error since the Court had, prior to that endorsement, granted respondent additional time, until January 5, 2008, to file its answer.

Accordingly, the Clerk is directed to strike the memo endorsement and reopen the case (if in fact the Clerk has already closed the case).

The parties shall appear as previously ordered at a scheduling conference on Friday, January 25, 2008 at 11:15 a.m., in Courtroom 21B, United States District Court, 500 Pearl Street, New York, New York 10007.

This constitutes the decision and order of the Court.

January 4, 2008

                                                          _____
                                                                   U.S.D.J.