AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

**APPEARANCE**

Case Number: 07 Civ. 8805 (CM) (AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Princeton Laundry, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/4/08 | *(signature)* |
| Date | Signature |
| | Jane B. Jacobs — 2925 |
| | Print Name / Bar Number |
| | 485 Madison Avenue |
| | Address |
| | New York / New York / 10022 |
| | City / State / Zip Code |
| | (212) 935-6020 / (212) 753-8101 |
| | Phone Number / Fax Number |