UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In the Matter of                                      :
ARBITRATION OF DISPUTES                               :
                                                      :
            between                                   :
                                                      :
                                                      :
LAUNDRY, DRY CLEANING WORKERS                         :
AND ALLIED INDUSTRIES HEALTH FUND,                    :
UNITE HERE! and LAUNDRY, DRY                          :    Case No: <u>07 Civ. 8805</u>
CLEANING WORKERS AND ALLIED                           :
INDUSTRIES RETIREMENT FUND,                           :
UNITE HERE!,                                          :
                                                      :
                  Petitioners,                        :
                                                      :
            and                                       :
                                                      :
PRINCETON LAUNDRY, INC.,                              :
                                                      :
                  Respondent.                         :
-----------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT OF PRINCETON LAUNDRY, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent Princeton Laundry, Inc. hereby certifies that it does not have a parent corporation and that no publicly held corporation owns ten percent or more of the stock of the company.

Dated: New York, New York
       January 17, 2008

                    **KLEIN ZELMAN ROTHERMEL LLP**

            By:_____
                    Jane B. Jacobs (JJ-2925)
                    485 Madison Avenue, 15th Floor
                    New York, New York 10022
                    (212) 935-6020

                    *Attorneys for Respondent*

{00087498;1}